```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                    CASE NO. 13-14042-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ANGELA CHRISTINE STORY,

       Defendant.

_____/

**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on April 7, 2016.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing and entered a Report and Recommendation on April 20,2016 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of May, 2016.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Carmen Lineberger, AUSA
        David Frank Pleasanton, Esq.
        U. S. Probation